**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QIN ZHENG** | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7164** |
| | : | |
| **WARDEN JAMAL L. JAMISON, et al.** | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW**, this 16th day of September, 2026, upon filing of a Petition by Qin Zheng for a writ of habeas corpus, it is hereby **ORDERED** that Respondents shall show cause no later than September 19, 2026 why the writ should not be granted and relief ordered.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**