**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QIN ZHENG** | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7164** |
| | : | |
| **WARDEN JAMAL L. JAMISON, et al.** | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW**, this 17th day of September, 2026, upon review of the parties' Stipulation for Briefing Schedule (ECF No. 5), it is hereby **ORDERED** that the Stipulation is **ADOPTED**. It is further **ORDERED** as follows:

1. Respondents shall file their response to Petitioner's habeas petition (ECF No. 2) on or before **September 23, 2026.**

2. Petitioner shall file any reply on or before **September 30, 2026** should he deem a reply necessary.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**