**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QIN ZHENG** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7164** |
| | : | |
| **WARDEN JAMAL L. JAMISON, *et al.*** | : | |

**ORDER**

**AND NOW**, this 18th day of November 2026, upon consideration of Qin Zheng's Petition for Writ of Habeas Corpus (ECF No. 2) and the responses and replies thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Petition is **GRANTED**. It is further **ORDERED** as follows:

1. Respondents shall immediately release Zheng from custody.

2. In doing so, Respondents shall subject Zheng to reasonable conditions of supervised release consistent with 8 U.S.C. § 1231(a)(3).

3. Respondents shall return Zheng's personal property that they seized during his arrest and detention including his personal identification and documents.

4. Respondents shall certify compliance with this order by filing proof of Zheng's release and stating the time and manner of release on the docket no later than 5:00 P.M. E.S.T. on November 19, 2026.

5. The Clerk shall close this case.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**